UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

Jacqueline Emon Greene,
Aka Jacqueline Emon Fletcher,
Aka Jackie Emon Greene
Debtor(s).

CASE NO. 18-69352-WLH

CHAPTER 13

### NOTICE TO LANDLORD/LESSOR CONCERNING APPLICABILITY OF EXCEPTION TO AUTOMATIC STAY PROVIDED UNDER 11 U.S.C. § 362(b)(22)

Debtor or Debtors (hereinafter "Debtor") in this case has identified you as a Landlord/Lessor who has obtained a judgment for possession of residential property in which Debtor resides as a tenant. In accordance with 11 U.S.C. § 362(l)(4)(B) you are hereby notified that the exception to the automatic stay as provided under 11 U.S.C. § 362(b)(22) may be applicable because:

1.
- ☐ Debtor has not filed a certification that under applicable nonbankruptcy law there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, or

- ☐ Debtor has not filed a certification that Debtor(s) has deposited with the Court the rent that would become due during the 30-day period after the filing of the petition; or

- ☒ Debtor has not made the appropriate deposit with the Court.

2.
- ☐ Debtor has not filed a certification that Debtor has cured, under nonbankruptcy law applicable in this jurisdiction, the entire monetary default that gave rise to the judgment under which possession is sought by the Landlord/Lessor.

Where applicable, certified copies of the case docket and/or certification are enclosed. This Notice will be served upon Landlord/Lessor and Debtor and their counsel, if any.

Dated: November 19, 2018

United States Bankruptcy Court
75 Ted Turner Drive, SW, Room 1340
Atlanta, GA 30303

M. REGINA THOMAS, Clerk of Court

Notice to Landlord - 02/2016

## U.S. Bankruptcy Court
### Northern District of Georgia (Atlanta)
### Bankruptcy Petition #: 18-69352-wlh

*Date filed:* 11/16/2018
*341 meeting:* 01/03/2019
*Deadline for filing claims:* 01/25/2019
*Deadline for filing claims (govt.):* 05/15/2019

*Assigned to:* Chief Judge Wendy L. Hagenau
Chapter 13
Voluntary
Asset

*Debtor*
**Jacqueline Emon Greene**
Apt 4315
4725 Walton Xing SW
Atlanta, GA 30331
FULTON-GA
SSN / ITIN: xxx-xx-8837
*aka* Jacqueline Emon Fletcher
*aka* Jackie Emon Greene

represented by **Jacqueline Emon Greene**
PRO SE

*Trustee*
**Nancy J. Whaley**
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303
(678) 992-1201

Filed in Clerk's Office and a true copy certified this 19th day of Nov, 2018
M. REGINA THOMAS, CLERK
By: _____ Deputy Clerk

| Filing Date | # | Docket Text |
|---|---|---|
| 11/16/2018 | 1 (12 pgs) | Case Opened and Voluntary Petition Filed. Government Proof of Claim due by 5/15/2019. (rfs) Additional attachment(s) added on 11/16/2018 (lp). |
| 11/16/2018 | 2 (1 pg) | Statement of Social Security Number (Official Form B121) (Document is restricted and can only be viewed by Court staff.) filed by Jacqueline Emon Greene . (lp) |
| 11/16/2018 | 3 (1 pg) | Pro Se Affidavit filed by Jacqueline Emon Greene . (lp) |
| 11/16/2018 | 4 (1 pg) | Application to Pay Filing Fee in Installments filed by Jacqueline Emon Greene . (lp) |
| 11/16/2018 | 5 (1 pg) | Initial Statement About an Eviction Judgment Against You filed by Jacqueline Emon Greene . (lp) |

| | | |
|---|---|---|
| 11/16/2018 | ● | Receipt of Chp 13 Installment filing fee. Receipt Number 1252639. Fee Amount $100.00. Paid by Jacqueline Emon Greene. |
| 11/19/2018 | ●6 (2 pgs) | Notice of Meeting of Creditors (Chapter 13) and Confirmation Hearing. 341 Meeting to be held on 01/03/2019 at 01:30 PM at Hearing Room 368, Atlanta. Objections for Discharge due by 03/04/2019. Non-Government Proof of Claims due by 01/25/2019.Confirmation Hearing to be held on 02/06/2019 at 01:30 PM at Courtroom 1403, Atlanta. (Admin.) |
| 11/19/2018 | ●7 (1 pg) | Notice of deadlines to correct filing deficiencies. Service by BNC. Statement of Financial Affairs due 11/30/2018. Schedule(s) A/B - J due by 11/30/2018. Declaration About Debtors Schedules (B106) due 11/30/2018. Summary of Assets and Liabilities due 11/30/2018. Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-1 Form Due: 11/30/2018. Chapter 13 Plan due by 11/30/2018. Credit Counseling Certificate due 11/30/2018. Debtor Payment Advices due: 11/30/2018. (skw) |
| 11/19/2018 | ●8 (1 pg) | Order Granting Application to Pay Filing Fee in Installments. Service by BNC. Entered on 11/19/2018. (related document(s) 4) (skw) 🛈 |